UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EMMA GUNTER,

        Plaintiff,

  - against -                                       ORDER
                                                        09-CV-281 (RRM) (LB)

GLADYS CARRION *as Commissioner of
New York State Office of Family and
Children Services*, et al.,

        Defendants.
-------------------------------------------------------X
MAUSKOPF, United States District Judge.

     Defendants filed two motions (Docket Nos. 28 and 29) in contravention of Rule III(A)(2) of this Court's Individual Motion Practices and Rules. Accordingly, those motions are hereby TERMINATED without prejudice.

     Moreover, the Court has already raised Plaintiff's failure to comply with the service requirements set forth in the Federal Rules of Civil Procedure (see Docket No. 24) and a further Order dismissing this action without prejudice will be issued separately today.

                                                              SO ORDERED.

                                                      **/s/ RRM**

Dated: Brooklyn, New York
       June 10, 2009                                   _____
                                                     ROSLYNN R. MAUSKOPF
                                                     United States District Judge